Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC., <br><br> Plaintiff, <br> v. <br><br> JOHN DOE, <br><br> Defendant. | No. 2:12-cv-08323-R-FFM <br><br> **ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** <br><br> Hearing Date: October 22, 2012 <br> Time:            11:00 a.m. |

**ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

Plaintiff Ingenuity13 LLC, through its undersigned counsel, Brett L. Gibbs, and consistent with the Central District of California Local Rules, hereby requests this Court's permission to allow Mr. Gibbs to appear by telephone at the upcoming Show Cause Hearing scheduled for October 22, 2012, at 11:00 a.m. in this Court's Courtroom. (ECF No. 6.) Plaintiff makes this request in light of the fact that its Mr. Gibbs' office is located in Marin County, California (approximately 400 miles from Los Angeles) and the expenses and burden of traveling back and forth will be great, especially considering that the Court's order only allowed for just over two weeks for Mr. Gibbs to notify his family, plan and book for a trip.  Mr. Gibbs would to happy to participate in a CourtCall session (or any equivalent telephonic conferencing system). Mr. Gibbs can be reached at (415) 325-5900.

///

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: October 9, 2012**

By: \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.