UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-12-8323-R                                              Date: OCT. 17, 2012

Title:     INGENUITY13 LLC -v- JOHN DOE
===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   William Horrell                                  None Present
   Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                             None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**This case has now been transferred to the docket of Judge Gee.**

**The Order to Show Cause hearing previously on calendar before**

**Judge Real on October 22, 2012 at 11:00 a.m. is now OFF CALENDAR.**


   cc: counsel of record



MINUTES FORM 11                                    Initials of Deputy Clerk ___WH____
CIVIL -- GEN